# EXHIBIT 1

This **Spectrum Policy** consists of the Declarations, Coverage Forms, Common Policy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the stock insurance company of The Hartford Insurance Group shown below.

**INSURER:** TWIN CITY FIRE INSURANCE COMPANY
8910 PURDUE RD, INDIANAPOLIS, IN 46268
COMPANY CODE: 7

**Policy Number:** 13 SBA IN4046 DW

THE HARTFORD

# SPECTRUM POLICY DECLARATIONS

**Named Insured and Mailing Address:** ATCM OPTICAL, INC.
(No., Street, Town, State, Zip Code)  SEE FORM SS 12 35
3212 W CHELTENHAM AVE
PHILADELPHIA   PA   19150

**Policy Period:**   **From**   07/20/19   **To**   07/20/20   1   YEAR
12:01 a.m., Standard time at your mailing address shown above. **Exception:** 12 noon in New Hampshire.

**Name of Agent/Broker:** STREETSMART RISK MANAGERS INC/PHS
**Code:** 653284

**Previous Policy Number:** 13 SBA IN4046

**Named Insured is:** CORPORATION

**Audit Period:** NON-AUDITABLE

**Type of Property Coverage:** SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

**TOTAL ANNUAL PREMIUM IS:**   $6,274

_Susan L. Castaneda_
Countersigned by
Authorized Representative

05/07/19
Date

**Form SS 00 02 12 06**
**Process Date:** 05/07/19

Page 001 (CONTINUED ON NEXT PAGE)
**Policy Expiration Date:** 07/20/20

# SPECTRUM POLICY DECLARATIONS  (Continued)

**POLICY NUMBER:** 13 SBA IN4046

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001    **Building:** 001

3212 W CHELTENHAM AVE
PHILADELPHIA       PA 19150

**Description of Business:**
Optical Goods Store

**Deductible:** $   250 PER OCCURRENCE

**BUILDING AND BUSINESS PERSONAL PROPERTY     LIMITS OF INSURANCE**

**BUILDING**

NO COVERAGE

**BUSINESS PERSONAL PROPERTY**

**REPLACEMENT COST**                               $   205,400

**PERSONAL PROPERTY OF OTHERS**

**REPLACEMENT COST**                               NO COVERAGE

MONEY AND SECURITIES

  INSIDE THE PREMISES                              $    10,000
  OUTSIDE THE PREMISES                             $     5,000

# SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA IN4046

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001    **Building:** 001

**PROPERTY OPTIONAL COVERAGES APPLICABLE    LIMITS OF INSURANCE
     TO THIS LOCATION**

| | |
|---|---|
| **BACK-UP OF SEWERS AND DRAINS** COVERAGE FORM SS 04 53 | $   25,000 |
| **STRETCH COVERAGES** FORM: SS 04 08 THIS FORM INCLUDES MANY ADDITIONAL COVERAGES AND EXTENSIONS OF COVERAGES. A SUMMARY OF THE COVERAGE LIMITS IS ATTACHED. | |
| **LIMITED FUNGI, BACTERIA OR VIRUS COVERAGE:** FORM SS 40 93 THIS IS THE MAXIMUM AMOUNT OF INSURANCE FOR THIS COVERAGE, SUBJECT TO ALL PROPERTY LIMITS FOUND ELSEWHERE ON THIS DECLARATION. INCLUDING BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FOR: | $   50,000         30 DAYS |

## SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA IN4046

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 002      **Building:** 001

1701 JOHN F KENNEDY BLVD
PHILADELPHIA         PA 19103

**Description of Business:**
Optical Goods Store

**Deductible:** $   250 PER OCCURRENCE

**BUILDING AND BUSINESS PERSONAL PROPERTY    LIMITS OF INSURANCE**

  **BUILDING**

                                              NO COVERAGE

  **BUSINESS PERSONAL PROPERTY**

   **REPLACEMENT COST**                       $   205,400

  **PERSONAL PROPERTY OF OTHERS**

   **REPLACEMENT COST**                       NO COVERAGE

MONEY AND SECURITIES

  INSIDE THE PREMISES                         $   10,000
  OUTSIDE THE PREMISES                        $    5,000

**Form SS 00 02 12 06**                        **Page** 004 (CONTINUED ON NEXT PAGE)
**Process Date:** 05/07/19                    **Policy Expiration Date:** 07/20/20

# SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA IN4046

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 002     **Building:** 001

| **PROPERTY OPTIONAL COVERAGES APPLICABLE TO THIS LOCATION** | **LIMITS OF INSURANCE** |
|---|---|
| **BACK-UP OF SEWERS AND DRAINS** COVERAGE FORM SS 04 53 | $ 25,000 |
| **STRETCH COVERAGES** **FORM: SS 04 08** THIS FORM INCLUDES MANY ADDITIONAL COVERAGES AND EXTENSIONS OF COVERAGES. A SUMMARY OF THE COVERAGE LIMITS IS ATTACHED. | |
| **LIMITED FUNGI, BACTERIA OR VIRUS COVERAGE:** **FORM SS 40 93** THIS IS THE MAXIMUM AMOUNT OF INSURANCE FOR THIS COVERAGE, SUBJECT TO ALL PROPERTY LIMITS FOUND ELSEWHERE ON THIS DECLARATION. INCLUDING BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FOR: | $ 50,000

30 DAYS |

# SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA IN4046

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS | LIMITS OF INSURANCE |
|---|---|
| ACCOUNTS RECEIVABLE<br>FORM SS 04 39<br> DEDUCTIBLE: $ 250 | $ 50,000 |
| BUSINESS INCOME AND EXTRA EXPENSE COVERAGE<br>COVERAGE INCLUDES THE FOLLOWING COVERAGE EXTENSIONS: | 12 MONTHS ACTUAL LOSS SUSTAINED |
| ACTION OF CIVIL AUTHORITY: | 30 DAYS |
| EXTENDED BUSINESS INCOME: | 30 CONSECUTIVE DAYS |
| OUTDOOR SIGNS<br>FORM SS 04 44<br>  REPLACEMENT COST | $ 15,000 |
| EMPLOYEE DISHONESTY: FORM SS 04 42<br> DEDUCTIBLE: $ 100<br>  EACH OCCURRENCE | $ 10,000 |
| EQUIPMENT BREAKDOWN COVERAGE<br> COVERAGE FOR DIRECT PHYSICAL LOSS<br> DUE TO:<br>  MECHANICAL BREAKDOWN,<br>  ARTIFICIALLY GENERATED CURRENT<br>  AND STEAM EXPLOSION | |
| THIS ADDITIONAL COVERAGE INCLUDES THE FOLLOWING EXTENSIONS<br>  HAZARDOUS SUBSTANCES<br>  EXPEDITING EXPENSES | $ 50,000<br>$ 50,000 |
| MECHANICAL BREAKDOWN COVERAGE ONLY APPLIES WHEN BUILDING OR BUSINESS PERSONAL PROPERTY IS SELECTED ON THE POLICY | |
| IDENTITY RECOVERY COVERAGE<br>FORM SS 41 12 | $ 15,000 |

# SPECTRUM POLICY DECLARATIONS (Continued)
**POLICY NUMBER:** 13 SBA IN4046

| BUSINESS LIABILITY | LIMITS OF INSURANCE |
|---|---|
| **LIABILITY AND MEDICAL EXPENSES** | $1,000,000 |
| **MEDICAL EXPENSES - ANY ONE PERSON** | $  10,000 |
| **PERSONAL AND ADVERTISING INJURY** | $1,000,000 |
| **DAMAGES TO PREMISES RENTED TO YOU ANY ONE PREMISES** | $1,000,000 |
| **AGGREGATE LIMITS** | |
|     **PRODUCTS-COMPLETED OPERATIONS** | $2,000,000 |
|     **GENERAL AGGREGATE** | $2,000,000 |

**EMPLOYMENT PRACTICES LIABILITY COVERAGE:** FORM SS 09 01

| | |
|---|---|
| **EACH CLAIM LIMIT** | $  10,000 |
|     **DEDUCTIBLE - EACH CLAIM LIMIT** NOT APPLICABLE | |
| **AGGREGATE LIMIT** | $  10,000 |

**RETROACTIVE DATE:** 07202016

This **Employment Practices Liability Coverage** contains claims made coverage.  Except as may be otherwise provided herein, specified coverages of this insurance are limited generally to liability for injuries for which claims are first made against the insured while the insurance is in force.  Please read and review the insurance carefully and discuss the coverage with your Hartford Agent or Broker.

The Limits of Insurance stated in this Declarations will be reduced, and may be completely exhausted, by the payment of "defense expense" and, in such event,  The Company will not be obligated to pay any further "defense expense" or sums which the insured is or may become legally obligated to pay as "damages".

```
BUSINESS  LIABILITY  OPTIONAL
COVERAGES

EMPLOYEE  BENEFITS  LIABILITY
COVERAGE:  FORM SS 40 50
  EACH  CLAIM                                 $1,000,000
  AGGREGATE                                   $2,000,000
```

# SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA IN4046

**BUSINESS LIABILITY OPTIONAL COVERAGES**
    **(Continued)**

**LIMITS OF INSURANCE**

```
CYBERFLEX COVERAGE
FORM SS 40 26

UNMANNED AIRCRAFT LIABILITY
FORM: SS 42 06
```

**SPECTRUM POLICY DECLARATIONS (Continued)**
**POLICY NUMBER:** 13 SBA IN4046

**ADDITIONAL INSUREDS: THE FOLLOWING ARE ADDITIONAL INSUREDS FOR BUSINESS LIABILITY COVERAGE IN THIS POLICY.**

```
LOCATION   002 BUILDING   001
   TYPE    MANAGER LESSOR
   NAME    SEE FORM IH 12 00
```

**Form SS 00 02 12 06**  **Page** 009 (CONTINUED ON NEXT PAGE)
**Process Date:** 05/07/19  **Policy Expiration Date:** 07/20/20

# SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA IN4046

**Form Numbers of Forms and Endorsements that apply:**

```
SS 00 01 03 14      SS 00 05 10 08      SS 00 07 07 05      SS 00 08 04 05
SS 00 60 09 15      SS 00 61 09 15      SS 00 64 09 16      SS 84 01 09 07
SS 12 35 03 12      SS 01 25 07 08      SS 42 06 03 17      SS 04 08 09 07
SS 04 19 04 09      SS 04 22 07 05      SS 04 30 07 05      SS 04 39 07 05
SS 04 41 03 18      SS 04 42 03 17      SS 04 44 07 05      SS 04 45 07 05
SS 04 46 09 14      SS 04 47 04 09      SS 04 53 02 11      SS 04 80 03 00
SS 04 86 03 00      SS 40 18 07 05      SS 40 26 03 17      SS 40 50 10 08
SS 40 93 07 05      SS 41 12 12 17      SS 41 51 10 09      SS 41 63 06 11
IH 10 01 09 86      SS 05 47 09 15      SS 50 04 06 04      SS 51 11 03 17
SS 09 01 12 14      SS 09 18 12 14      SS 09 67 09 14      SS 09 70 12 14
SS 09 71 12 14      SS 50 19 01 15      IH 99 40 04 09      IH 99 41 04 09
SS 83 76 01 15      SS 89 93 07 16
    IH 12 00 11 85 ADDITIONAL   INSURED  -  MANAGER/LESSOR
```