# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATCM OPTICAL, INC., OMEGA OPTICAL, INC., OMEGA OPTICAL AT COMCAST CENTER LLC d/b/a OMEGA OPTICAL, <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendant. | C/A NO.: 2:20-cv-04238 |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Defendant Twin City Fire Insurance Company's Motion to Dismiss Plaintiffs' Complaint, it is hereby ORDERED and DECREED that Defendant's Motion is GRANTED and Plaintiffs' claims against Defendant Twin City Fire Insurance Company are hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
C. Darnell Jones II
United States District Judge