# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ATCM OPTICAL, INC.,** | : | **CIVIL ACTION** |
| **OMEGA OPTICAL, INC.,** | : | |
| **OMEGA OPTICAL AT** | : | |
| **COMCAST CENTER LLC** | : | |
| **d/b/a OMEGA OPTICAL,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 20-4238** |
| | : | |
| **TWIN CITY FIRE INSURANCE,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **14th** day of **January 2021**, upon consideration of Defendant's Motion to Dismiss (ECF No. 8), Plaintiff's response in opposition (ECF No. 15), Defendant's reply (ECF No. 17), and Defendant's Notice of Supplemental authority (ECF No. 18) it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice. The Clerk of Court is directed to close this matter.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**